FILED
2011 Jul-18 PM 03:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

SUSAN L. ELLEFSON,                  )
                                    )
       Plaintiff,                   )
                                    )
v.                                  )   CIVIL ACTION NO. 10-G-1830-J
                                    )
MICHAEL J. ASTRUE,                  )
Commissioner of Social Security,    )
                                    )
       Defendant.                   )

## MEMORANDUM OPINION

The plaintiff, Susan L. Ellefson, brings this action seeking judicial review of a final adverse decision of the Commissioner of the Social Security Administration (the Commissioner) denying her application for Social Security Benefits. Susan L. Ellefson filed an application for Social Security Benefits. Thereafter, plaintiff timely pursued and exhausted the administrative remedies available before the Commissioner. Accordingly, this case is now ripe for judicial review pursuant to the provisions of section 205(g) of the Social Security Act (the Act), 42 U.S.C. § 405(g).

The sole function of this court is to determine whether the decision of the Commissioner is supported by substantial evidence and whether proper legal standards were applied. Bloodsworth v. Heckler, 703 F.2d 1233, 1239 (11th Cir. 1983). To that end this court "must scrutinize the record as a whole to determine if the decision reached is reasonable and supported by substantial evidence." Bloodsworth, at 1239 (citations omitted). Substantial

evidence is "such relevant evidence as a reasonable person would accept as adequate to support a conclusion."  Bloodsworth, at 1239.  The court has carefully reviewed the entire record in this case and is of the opinion that the Commissioner's decision is supported by substantial evidence and that proper legal standards were applied in reaching that decision.  In particular, the court notes that substantial evidence supports the ALJ's finding that the RFC assessed by Dr. Samuel Chastin from the Disability Determination Service accurately reflected the plaintiff's abilities as of February 1, 2009.  The ALJ cited the claimant's report to her treating physician, Dr. Rosa, that she could manage light to medium weights if they are conveniently positioned.  Dr. Rosa also listed the plaintiff's "current work status" as "light duty."  Record 426.  The ALJ also noted the treatment record revealed "improvement consistent with Dr. Chastin's evaluation *from 2007*."  Record 17.  Plaintiff's brief attacks Dr. Chastin's report because "it is simply not plausible that Plaintiff could have actually possessed 'light' exertional level abilities three (3) months status lumbar fusion. . . . "  (Pl.'s br. at 4.)  However, this argument totally ignores that Dr. Chastin's RFC evaluation was of the plaintiff's projected abilities on April 2, 2008, 12 months after the alleged onset of disability.  Record 238.  Therefore, the ALJ's findings are supported by substantial evidence.  Accordingly, the decision of the Commissioner must be affirmed.

      A separate order in conformity with this memorandum opinion will be entered.

      DONE and ORDERED 18 July 2011.

UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.